AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | |
|---|---|
| Juanita MEJIA OROZCO,<br><br>_Plaintiff(s)_<br>v.<br>U.S. Attorney General, et al.<br><br>_Defendant(s)_ | )<br>)<br>)<br>)<br>)  Civil Action No. 9:23-cv-80728<br>)<br>)<br>)<br>) |

## SUMMONS IN A CIVIL ACTION

To: _(Defendant's name and address)_  MERRICK B. GARLAND,
ATTORNEY GENERAL OF THE UNITED STATES;
U.S. DEPARTMENT OF JUSTICE
950 PENNSYLVANIA AVENUE, NW
WASHINGTON, DC 20530-0001

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Kristin D. Figueroa-Contreras, Esq., B.C.S.,
Figueroa-Contreras Law Group, PLLC
2030 S. Douglas Rd. Suite 204
Coral Gables, FL 33134
Telephone: (305) 639-8599

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**SUMMONS**

Date: May 2, 2023

Angela E. Noble
Clerk of Court

s/ N. Wilner
Deputy Clerk
U.S. District Courts

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | |
|---|---|
| Juanita MEJIA OROZCO, <br><br> *Plaintiff(s)* <br> v. <br> U.S. Attorney General, et al. <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) )  Civil Action No. 9:23-cv-80728 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* UR M. JADDOU, Director
U.S. CITIZENSHIP AND IMMIGRATION SERVICES
Office of the Chief Counsel
5900 Capital Gateway Drive
Mail Stop 2120
Camp Springs, MD 20588-0009

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Kristin D. Figueroa-Contreras, Esq., B.C.S.,
Figueroa-Contreras Law Group, PLLC
2030 S. Douglas Rd. Suite 204
Coral Gables, FL 33134
Telephone: (305) 639-8599

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**SUMMONS**

Date: May 2, 2023

Angela E. Noble
Clerk of Court

s/ N. Wilner
Deputy Clerk
U.S. District Courts

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

Juanita MEJIA OROZCO,

*Plaintiff(s)*

v.

U.S. Attorney General, et al.

*Defendant(s)*

Civil Action No. 9:23-cv-80728

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Secretary Alejandro Mayorkas
U.S. Department of Homeland Security
245 Murray Lane, SW
Mail Stop 0485
Washington, DC 20528-0485

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Kristin D. Figueroa-Contreras, Esq., B.C.S.,
Figueroa-Contreras Law Group, PLLC
2030 S. Douglas Rd. Suite 204
Coral Gables, FL 33134
Telephone: (305) 639-8599

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: May 2, 2023

Angela E. Noble
Clerk of Court

**SUMMONS**

s/ N. Wilner
Deputy Clerk
U.S. District Courts

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | |
|---|---|
| Juanita MEJIA OROZCO,<br><br>*Plaintiff(s)*<br>v.<br>U.S. Attorney General, et al.<br><br>*Defendant(s)* | Civil Action No. 9:23-cv-80728 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* CHRISTOPHER WRAY
FBI DIRECTOR
FEDERAL BUREAU OF INVESTIGATION
935 PENNSYLVANIA AVENUE, NW
WASHINGTON, DC 20535-0001

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Kristin D. Figueroa-Contreras, Esq., B.C.S.,
Figueroa-Contreras Law Group, PLLC
2030 S. Douglas Rd. Suite 204
Coral Gables, FL 33134
Telephone: (305) 639-8599

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

SUMMONS

Date: May 2, 2023

Angela E. Noble
Clerk of Court

s/ N. Wilner
Deputy Clerk
U.S. District Courts

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | |
|---|---|
| Juanita MEJIA OROZCO,<br><br>*Plaintiff(s)*<br>v.<br>U.S. Attorney General, et al.<br><br>*Defendant(s)* | Civil Action No. 9:23-cv-80728 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* United States of America
c/o United States Attorney's Office
Southern District of Florida
500 S.Australian Ave. Ste. 400
WEST PALM BEACH, FL 33401

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> Kristin D. Figueroa-Contreras, Esq., B.C.S.,
> Figueroa-Contreras Law Group, PLLC
> 2030 S. Douglas Rd. Suite 204
> Coral Gables, FL 33134
> Telephone: (305) 639-8599

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**SUMMONS**

Date: May 2, 2023

Angela E. Noble
Clerk of Court

s/ N. Wilner
Deputy Clerk
U.S. District Courts