**EXHIBIT A**

# USPS Tracking®

FAQs >

**Tracking Number:**

## 70223330000234284559

Remove ✕

Copy    Add to Informed Delivery (https://informeddelivery.usps.com/)

### Latest Update

Your item was picked up at a postal facility at 5:04 am on April 25, 2023 in WASHINGTON, DC 20535.

### Get More Out of USPS Tracking:

USPS Tracking Plus®

### Delivered

**Delivered, Individual Picked Up at Postal Facility**
WASHINGTON, DC 20535
April 25, 2023, 5:04 am

**Available for Pickup**
GOVERNMENT MAILS ANNEX
3300 V ST
WASHINGTON DC 20018-1528
April 24, 2023, 10:50 am

**Arrived at Post Office**
WASHINGTON, DC 20018
April 24, 2023, 9:30 am

**Arrived at USPS Regional Facility**
WASHINGTON DC DISTRIBUTION CENTER
April 24, 2023, 7:18 am

**Departed USPS Regional Destination Facility**
WASHINGTON DC DISTRIBUTION CENTER



U.S. Postal Service™
**CERTIFIED MAIL® RECEIPT**
Domestic Mail Only

For delivery information, visit our website at www.usps.com®.

Certified Mail Fee  $4.15
Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)      $ $0.00
☐ Return Receipt (electronic)    $ $0.00
☐ Certified Mail Restricted Delivery $ $0.00
☐ Adult Signature Required       $ $0.00
☐ Adult Signature Restricted Delivery $ $0.00
Postage  $14.50
Total Postage and Fees  $18.65
Sent To
Street and Apt. No., or PO Box  FBI
                                935 PENNSYLVANIA AVENUE, NW
City, State, ZIP+4®             WASHINGTON, DC 20535-0001

PS Form 3800, April 2015 PSN 7530-02-000-9047   See Reverse for Instructions